UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALAN SMITH, | Case No. SACV 07-471 PA(JC) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| TOM FELKER, Warden, | |
| Respondent. | |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and accompanying documents, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

  Petitioner's objections are without merit. First, his reliance on Winzer v.

1  Hall, 494 F.3d 1192 (9th Cir. 2007), is misplaced because the Winzer decision did
2  not apply Crawford v. Washington, 541 U.S. 36 (2004) and its progeny, the cases
3  that are dispositive of the issue presented here, since Crawford was decided before
4  petitioner's convictions became final.  See Winzer, 494 F.3d at 1194 (Crawford
5  "does not apply because it was decided after Winzer's trial and appeal."); see also
6  Whorton v. Bockting, 549 U.S. 406, 421 (2007) (Crawford announced a new rule
7  of criminal procedure that does not apply retroactively in collateral proceedings).
8       Second, the Supreme Court has rejected petitioner's argument that the
9  Confrontation Clause should apply to both testimonial and non-testimonial
10 statements.  Davis v. Washington, 547 U.S. 813, 824 (2006); see also Giles v.
11 California, 554 U.S. 353, 376 (2008) ("[O]nly testimonial statements are excluded
12 by the Confrontation Clause.  Statements to friends and neighbors . . . would be
13 excluded, if at all, only by hearsay rules. . . ."); United States v. Sine, 493 F.3d
14 1021, 1035 n.11 (9th Cir. 2007) ("Only testimonial out-of-court statements raise
15 Confrontation Clause concerns."); Flores v. Roe, 228 Fed. Appx. 690, 691 (9th
16 Cir.) ("The Supreme Court recently made clear that the Confrontation Clause
17 applies only to limit the admission of testimonial statements.  The statements at
18 issue in this case were not testimonial, so the use of them at trial did not violate the
19 Confrontation Clause." (citing Davis and Crawford)), cert. denied, 552 U.S. 953
20 (2007).[1]
21 ///
22 ///
23 ///
24 ///
25
26
27
28     [1]The Court may cite unpublished Ninth Circuit opinions issued on or after January 1, 2007.  See U.S. Ct. App. 9th Cir. Rule 36-3(b); Fed. R. App. P. 32.1(a).

1  IT IS ORDERED that Judgment be entered denying the Petition and
2 dismissing this action with prejudice.
3  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on counsel for petitioner
5 and respondent.
6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED: January 31, 2011

  _____
  HONORABLE PERCY ANDERSON
  UNITED STATES DISTRICT JUDGE