UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY ALAN SMITH, | ) | Case No. SACV 07-471 PA(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TOM FELKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 31, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE